PROSPER R. FERRARI, Appellant, *v.* MARY A. RACEY, as Executrix of ROBERT H. RACEY, Deceased, Respondent.

*Ferrari* v. *Racey*, 128 App. Div. 904, affirmed.
(Argued December 7, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Octo-

ber 28, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover upon an alleged agreement by defendant's testator to pay a certain sum of money for legal services.

*Charles E. Le Barbier* for appellant.

*George H. Francoeur* and *John J. Dwyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.